IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE BEN LUNA,

    Plaintiff,

v.                                                  CIV 09-0353 MCA/CG

CHARLES LINDSEY, et al.,

    Defendants.

## ORDER CLARIFYING THE AMENDED BRIEFING SCHEDULE FOR *MARTINEZ* REPORT

    This matter is before the Court *sua sponte* after granting the remaining Defendants an extension to file their *Martinez* Report.  *See Docs. 33, 34.*  This order is to clarify that all of the associated deadlines are similarly extended:

    Defendants' Martinez Report is due Tuesday, March 16, 2010;
    Plaintiff's Response is due Tuesday, April 14, 2010; and
    Defendants' Reply, if any, is due Tuesday, April 27, 2010.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE